

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| (1) H & R Block Tax Services, Inc., a Missouri corporation,<br><br>       Plaintiff,<br><br>v.<br><br>(2) Sharon Harrington And Arthur Harrington, husband and wife;<br><br>(3) Abacus, Incorporated, an Arizona corporation; and<br><br>(4) Harrington Financial Services, P.C., an Arizona professional corporation,<br><br>       Defendants. | NO. CIV'01 0568 PCT PGR<br><br>ORDER |
| Abacus, Inc., an Arizona corporation,<br><br>       Counterclaimant,<br><br>vs.<br><br>H & R Block Tax Services, Inc., a Missouri corporation,<br><br>       Counterdefendant. | |

///

///

PHX_DOCS:1262686.1

Pursuant to the parties' Stipulated Motion to Extend Discovery Deadline, and good cause appearing therefore,

IT IS HEREBY ORDERED that the discovery deadline shall be extended for a period of thirty (30) days from June 10, 2002 to July 10, 2002.

IT IS FURTHER ORDERED that the deadline for filing dispositive motions shall be extended from July 15, 2002, to September 6, 2002.

DATED this 1st day of ~~March~~ April, 2002.

The Honorable Paul G. Rosenblatt
United States District Judge

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

PHX_DOCS:1262686.1