FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 1 8 2002

OCT 2 9 2002

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| (1) H & R Block Tax Services, Inc., a Missouri corporation,<br><br>      Plaintiff,<br><br>v.<br><br>(2) Sharon Harrington And Arthur Harrington, husband and wife;<br><br>(3) Abacus, Incorporated, an Arizona corporation; and<br><br>(4) Harrington Financial Services, P.C., an Arizona professional corporation,<br><br>      Defendants. | NO. CIV'01 0568 PCT PGR<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |
| Abacus, Inc., an Arizona corporation,<br><br>      Counterclaimant,<br><br>vs.<br><br>H & R Block Tax Services, Inc., a Missouri corporation,<br><br>      Counterdefendant. | |

Pursuant to the stipulated motion of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED dismissing this case with prejudice;

IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees and costs incurred in this matter.

DATED this 28th day of October, 2002.

_____
UNITED STATES DISTRICT COURT JUDGE

copies provided to counsel.

PHX_DOCS:1286899.1